USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

RECEIVED
JUN 20 2008
CHAMBERS OF
JUDGE GRIESA

Dear Sir,

I recieved summons papers etc. to be served on defendants in my suit against N.Y.C. Police Dept. in the month of June. It is required to serve these papers within 120 days upon recieving the summons. I came to this facility in/on March 5, 2008. I am humbly asking for extended time to get the appropriate information required to serve the defendants.

I was in Five Point Corr. Facility before any of these documents were sent to me. I filed in Feburary of 08' and didn't recieve these documents until mid June. So, clearly there isn't any time to serve these documents. I thank you in advance for your time.

Sincerely yours
Randy Reeves

P.S.
I'm in the process of obtaining the officer(s) names and badge #No. I also have to amend my complaint with the name of officer(s) involved.

Approved. Must serve by 8/29/08.
Thomas P. Griesa
USDJ 6/27/08



ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Randy Reeves    DIN: 07R1059

Thomas P. Griesa (Judge Ass.)
United States District Court (No. 08 Civ. 2205)
500 Pearl St. Room 230
New York N.Y. 10007